MHN

10cv3695

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **Peter Dvorak**
(Please print)

STREET ADDRESS: **P.O. Box 1425**

CITY/STATE/ZIP: **Naples, FL 34106**

PHONE NUMBER: **(812) 320-1961**

CASE NUMBER: **10 cv. 3695**

_____      **7/10/10**
Signature                                  Date

**FILED**
JUL 20 2010 NF
7-20-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT