IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN MCKAY,<br><br>      Plaintiff,<br><br>v.<br><br>PETER DVORAK, DANVILLE INVESTMENT GROUP, LLC, an Indiana Limited Liability Company, BUCHANAN INVESTMENT GROUP, LLC, an Indiana Limited Liability Company, HISTORIC ROBERTS, LLC, an Indiana Limited Liability Company; and PINNACLE PROPERTIES MANAGEMENT GROUP, LLC, an Indiana Limited Liability Company,<br><br>      Defendants. | No. 10 cv 3695<br><br>Judge:   Hon. James F. Holderman<br>Magistrate:    Hon. Nan R. Nolan |

**AGREED ORDER OF DISMISSAL**

Plaintiff John McKay ("McKay") and Defendants Peter Dvorak and Pinnacle Properties Management Group, LLC (together, the "Pinnacle Defendants") (collectively with McKay, the "Parties") hereby agree that this case has been settled with respect to McKay's claims against the Pinnacle Defendants and that all issues and controversies have been resolved to their mutual satisfaction.

**IT IS HEREBY ORDERED:**

1. The Parties shall comply with the terms of the Confidential Settlement Agreement entered into between them effective August 8, 2012 (the "Settlement Agreement").

2. By consent of the Parties, the Court shall retain jurisdiction to enforce the terms of the Settlement

Agreement.

3. Except as provided for in Paragraphs 1 and 2 above, McKay's claims against the Pinnacle Defendants are dismissed with prejudice. The Parties shall bear their own attorneys' fees and costs.

Entered: August 28, 2012            _____
                                                        Judge James F. Holderman

Agreed as to form:

| JOHN MCKAY | PETER DVORAK and PINNACLE PROPERTIES MANAGEMENT GROUP, LLC |
|---|---|
| By: /s Nancy A. Temple<br>     One of His Attorneys | By: s/Randall D. Lehner<br>     One of Its Attorneys |
| Nancy A. Temple<br>Katten & Temple LLP<br>542 S. Dearborn Street, Ste. 1060<br>Chicago, IL 60605<br>(312) 663-0800 | Randall D. Lehner<br>Ulmer Berne LLP<br>500 W. Madison, Suite 3600<br>Chicago, IL 60661<br>(312) 658-6518 |